**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 13-30125-DRH |
| ) | |
| ANTOINE MEEKS, ) | Title 21 |
| HECTOR RAUL GARZA, ) | United States Code, |
| HUEY JONES, ) | Sections 846 and 841(a)(1) |
| ERNEST LYONS, ) | |
| STEVEN SYMS, ) | |
| TYRONE CARRAWAY, ) | |
| RICHARD GRAHAM, ) | |
| RICHARD YARBOUGH, ) | |
| CORTEZ YARBOUGH, ) | |
| KEITH HARRIS, ) | |
| ANTOINE JENKINS, and ) | |
| ADRIAN BUTLER, ) | |
| ) | |
| Defendants. ) | |

**FILED**

JUN 1 8 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Distribute, and Possess With Intent to Distribute, Cocaine)**

From on or about April 2011 through February 2013, in St. Clair County, within the

Southern District of Illinois, and elsewhere

ANTOINE MEEKS,
HECTOR RAUL GARZA,
HUEY JONES,
ERNEST LYONS,
STEVEN SYMS,
TYRONE CARRAWAY,
RICHARD GRAHAM,
RICHARD YARBOUGH,
CORTEZ YARBOUGH,
KEITH HARRIS,
ANTOINE JENKINS, and
ADRIAN BUTLER,

defendants herein, did conspire and agree with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, a mixture or substance containing a detectable amount of cocaine, a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii); all in violation of Title 21, United States Code, Section 846.

The total amount of cocaine involved in the conspiracy which was reasonably foreseeable to the defendants was five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

## COUNT 2

**(Distribution of cocaine base, in the form commonly known as crack cocaine)**

On or about September 29, 2011, in St. Clair County, within the Southern District of Illinois,

**CORTEZ YARBOUGH,**

Defendant herein, did knowingly and intentionally distribute twenty-eight (28) grams or more of a mixture or substance containing cocaine base, in the form commonly known as crack cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 3

**(Distribution of cocaine base, in the form commonly known as crack cocaine)**

On or about November 8, 2011, in St. Clair County, within the Southern District of Illinois,

**CORTEZ YARBOUGH,**

Defendant herein, did knowingly and intentionally distribute twenty-eight (28) grams or more of a mixture or substance containing cocaine base, in the form commonly known as crack cocaine,

a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 4

**(Distribution of cocaine base, in the form commonly known as crack cocaine)**

On or about August 2, 2012, in St. Clair County, within the Southern District of Illinois,

**CORTEZ YARBOUGH,**

Defendant herein, did knowingly and intentionally distribute twenty-eight (28) grams or more of a mixture or substance containing cocaine base, in the form commonly known as crack cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 5

**(Distribution of Cocaine)**

On or about January 28, 2012, in St. Clair County, within the Southern District of Illinois,

**TYRONE CARRAWAY, and
RICHARD GRAHAM,**

Defendants herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 6

**(Possession with intent to distribute cocaine)**

On or about January 28, 2012, in St. Clair County, within the Southern District of Illinois,

**ANTOINE JENKINS,**

Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 7

### (Possession with intent to distribute cocaine)

On or about April 3, 2012, in Madison County, within the Southern District of Illinois,

### ADRIAN BUTLER,

Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 8

### (Possession with intent to distribute cocaine)

On or about April 17, 2012, in St. Clair County, within the Southern District of Illinois,

### TYRONE CARRAWAY, and
### RICHARD GRAHAM,

Defendants herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT 9

### (Possession with intent to distribute cocaine)

On or about September 6, 2012, in St. Clair County, within the Southern District of Illinois,

### RICHARD YARBOUGH,

Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code Section 2.

**A TRUE BILL**

███████████

F███

/s/ Andrew L.
ANDREW SIMONSON
Assistant United States Attorney

/s/ Stephen R. Wigginton
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention.